IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

v.                                    Civil No. 07-2143

$1,197.80 IN UNITED STATES CURRENCY,
         Defendant.

### DECREE OF FORFEITURE

On December 21, 2007, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America. The complaint alleges that the currency was used in violation of an illegal gambling business as defined in 18 U.S.C. § 1955(a) and (b).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest issued by the Court, the United States Marshal for this district seized said currency.

On January 31, 2008, Billy Ray McNatt received service by the United States Marshal via certified mail. No claim or answer has been filed on his behalf, and is hereby in default.

On January 31, February 7, and February 14, 2008, notice of this action was published in the Times Record newspaper. No other claims have been filed.

The property is more particularly described as $1,197.80 in United States currency.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the defendant currency described herein is hereby forfeited to the United States of America to be disposed of according to law.

(2) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant currency.

IT IS SO ORDERED this 24th day of April, 2008.

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 4 2008

CHRIS R. JOHNSON, CLERK

BY
                DEPUTY CLERK